Scott A. MISENER, Respondent,

v.

DIRECTOR OF REVENUE, Appellant.

No. 74547.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 4, 1999.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, for appellant.

Robert A. Ciuffa, Clayton, for respondent.

Before PAUL J. SIMON, P.J., KATHIANNE KNAUP CRANE, and LAWRENCE E. MOONEY, JJ.

ORDER

PER CURIAM.

The Director of Revenue (Director) appeals the circuit court's judgment reinstating the driving privileges of Scott Misener (Driver) after Director suspended them pursuant to section 302.505, RSMo Cum.Supp.1998. We have reviewed the briefs and the record on appeal and find no error of law. An extended opinion would have no precedential value. We have prepared a memorandum for the parties only explaining the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).

■

JOSEPH P. CAULFIELD &
ASSOCIATES, INC.,
Appellant,

v.

ST. PAUL FIRE & MARINE
INSURANCE COMPANY
Respondent.

No. 74664.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 4, 1999.

Arthur G. Muegler, Jr., St. Louis, for appellant.

Marc J. Shrake (admitted pro hac vice), Zelle & Larson, L.L.P., Mpls., MN, Martin J. Buckley, Noce & Buckley, L.L.C., St. Louis, for respondent.

Before HOFF, P.J., GARY M. GAERTNER, and RHODES RUSSELL, JJ.

ORDER

*PER CURIAM.*

Appellant, Joseph P. Caulfield & Associates, Inc. ("plaintiff"), appeals the summary judgment entered by the Circuit Court of the City of St. Louis in favor of respondent, St. Paul Fire and Marine Insurance Company, on plaintiff's claims for civil conspiracy and tortious interference with a contract. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is supported by competent and substantial evidence and no error of law appears. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).